

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-18-00209-CR

———————————————

EX PARTE LAURA ANN SIPES

On Appeal from the 89th District Court
Wichita County, Texas
Trial Court No. 188,052-C

Before Kerr and Birdwell, JJ.; and Michael C. Massengale
(Former Justice, Sitting by Assignment)
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Laura Ann Sipes's and the State of Texas's "Joint Motion for Reversal of the Trial Court's Judgment Without Regard to its Merits."

The joint motion is **GRANTED,** and because the Governor of Texas has withdrawn extradition warrant numbers 14-71324 and 14-71445 at the request of the Governor of Missouri, without regard to the merits, we

- **VACATE** the trial court's judgment,

- **DISMISS** the writ of habeas corpus, and

- **ORDER** Laura Ann Sipes released and discharged from any further obligations under governor's extradition warrant numbers 14-71324 and 14-71445.

*See Ex parte Gorham*, 242 S.W.2d 425, 426 (Tex. Crim. App. 1951).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: April 4, 2019